## EARP v. CITY OF DETROIT.

APPEAL AND ERROR—FINAL JUDGMENT—JURISDICTION—DISMISSAL OF
APPEAL TAKEN AS OF RIGHT.

> · Summary judgment for 1 of 3 defendants *held,* not to be a
> final judgment appealable as of right where, trial court failed
> to make a determination that there was no just reason for
> delay and to make express direction for entry of judgment;
> · the Court of Appeals is without jurisdiction and must dismiss
> the appeal (GCR 1963, 117.2[1], 518.2).

Appeal from Wayne; Bowles (George E.), J.
Submitted Division 1 June 5, 1968, at Detroit.
(Docket No. 4,250.) Decided June 10, 1968.

Complaint by Richard Earp against City of De-
troit, a municipal corporation, and the Detroit Police
Department, and Michigan Bell Telephone Company,
a Michigan corporation, for invasion of privacy,
loss of employment, and ridicule. Summary judg-
ment for defendant telephone company. Plaintiff
appeals. Appeal dismissed.

 *Kelly, Greenstein & McCann,* for plaintiff.

 *Butzel, Eaman, Long, Gust & Kennedy (A. H.
Williams* and *John L. Vanker,* of counsel), and *Alan
R. Waterstone,* for Michigan Bell Telephone Com-
pany.

---

REFERENCES FOR POINTS IN HEADNOTE
4 Am Jur 2d, Appeal and Error §§ 50–64; 5 Am Jur 2d, Appeal
and Error § 908.

Per Curiam. Plaintiff appeals as of right from the order of the trial court granting defendant Michigan Bell Telephone Company's motion for summary judgment under GCR 1963, 117.2(1). This is not a final judgment appealable as of right for the reason that GCR 1963, 518.2 was not complied with. This Court is without jurisdiction and the appeal must be dismissed. *Fox* v. *Board of Regents of the University of Michigan* (1965), 375 Mich 238; and *Standard Building Products Company* v. *Woodland Building Company* (1965), 1 Mich App 434, 437.

Quinn, P. J., and Fitzgerald and J. H. Gillis, JJ., concurred.